## No. 16,898.

### PENNY *v.* WALLACE.
(254 P. [2d] 857)

Decided March 2, 1953.   Rehearing denied March 23, 1953.

*Per Curiam.*

Judgment affirmed en banc without written opinion.

Mr. JOHN W. ELWELL, Mr. MIKE J. KIKEL, for plaintiff in error.

No appearance for defendant in error.